

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2019

No. 04-18-00709-CR

Kayro **MORENO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CRS001128D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellant's brief was originally due on March 21, 2019.  This court notified appellant's counsel of the deficiency on March 27, 2019, but no response was filed.  By order dated April 16, 2019, this appeal was abated to the trial court for an abandonment hearing.  The trial court conducted the hearing, and a supplemental records were filed containing the trial court's findings.  The appeal is REINSTATED on the docket of the court.  Appellant's brief must be filed no later than thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court